# AFFIDAVIT OF SERVICE

| Case: 30CO1:26cv22150-MW | Court: COUNTY COURT OF JACKSON COUNTY, MISSISSIPPI | County: JACKSON (MISSISSIPPI) | Job: 17120365 (30CO1:26cv22150MW) |
|---|---|---|---|
| **Plaintiff / Petitioner:** Benjamin Warren Hudson, JR., et al. | | **Defendant / Respondent:** Sandra Butler | |
| **Received by:** Trinity Process Service | | **For:** Taylor and Cox Law Firm | |
| **To be served upon:** Sandra Butler | | | |

I, Michael Evans, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Sandra Butler, 102 Magnolia Plantation Court, Hinesville, GA 31313

**Manner of Service:** Personal/Individual, Oct 21, 2026, 5:02 pm EDT

**Documents:** SUMMONS AND COMPLAINT

**Additional Comments:**

1) Successful Attempt: Oct 21, 2026, 5:02 pm EDT at 102 Magnolia Plantation Court, Hinesville, GA 31313 received by Sandra Butler. Age: 50s; Ethnicity: African American; Gender: Female; Weight: 135; Height: 5'5"; Hair: Blond; Eyes: Brown;
Successful personal, in-hand service to the named defendant, respondent, or servee.

10.26.26

Michael Evans Date

Trinity Process Service
200 Rosewater Dr
Warner Robins, GA 31088

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Kimberly D. Evans

**Notary Public**

10/26/26 11/03/26

**Date** **Commission Expires**

KIMBERLY D EVANS
Notary Public - State of Georgia
Toombs County
My Commission Expires Nov 3, 2026